CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 04 2008
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN R. COFFEY, | ) |
| Plaintiff, | ) Civil Action No. 5:07CV00029 |
| v. | ) FINAL ORDER |
| MICHAEL J. ASTRUE, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered, affirming the final decision of the Commissioner, granting judgment to the defendant, and denying plaintiff's prayer for relief. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **AFFIRMED**, judgment is **GRANTED** to the defendant, plaintiff's prayer for relief is **DENIED**, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This April 4th, 2008.

_____
UNITED STATES DISTRICT JUDGE